Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD WINTERS JR.**, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> vs. <br><br> **PARAMOUNT EQUITY MORTGAGE, LLC d/b/a LOANPAL**; DOES 1 through 10, inclusive, <br> Defendant(s). | Case No. <br><br> 2:19-cv-01266-WBS-EFB <br><br> **VOLUNTARY NOTICE OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with

prejudice as to all of their individual claims and without prejudice as to the claims

of any putative class member. Defendant has neither answered Plaintiff's

Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this August 23, 2019.

By: 

/s/Adrian R. Bacon
Adrian R. Bacon  ESQ.
Law Offices of Todd M. Friedman,P.C.
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on August 23, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on August 23, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

                                     By: /s/Adrian R. Bacon
                                           Adrian R. Bacon  ESQ.